UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Lopes, CIVIL 00-1503 PAM/RLE

Plaintiff,

v.

Hardware Distributors, LTD., et al.

Defendants.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: August 2, 2000

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

FILED AUG 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Pursuant to a recusal by the Judge on this case, the case has now been reassigned to Judge James M. Rosenbaum.

NEW CASE NUMBER 00-1503 JMR/RLE

Use this case number for all further filings.