UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Richard Lopes, an individual, Plaintiff, vs. Hardware Distributors, Ltd., R.C. Rubber Company, and Jeff Waytashek, Defendants. | ) | Civ. No. 00-1503 (JMR/RLE) **STIPULATION AND ORDER EXTENDING TIME FOR FILING DISPOSITIVE MOTIONS** |

WHEREAS, dispositive motions are to be filed in this matter prior to August 31, 2001;

WHEREAS, Defendants R.C. Rubber Company and Jeff Waytashek have recently found it necessary to retain new counsel;

WHEREAS, Defendant Hardware Distributors, Ltd. has recently found it necessary to retain new counsel who was formerly substituted as such on June 22, 2001; and

WHEREAS, counsel have discussed among themselves and spoken to the Court's clerk regarding extending the time within which the parties' dispositive motions are to be filed in light of the Defendants' hiring of new counsel, other matters for which counsel are responsible in their practices and the Court's schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

The deadline for filing dispositive motions shall, with the Court's permission, be extended until and through October 19, 2001. The parties respectfully request that the Court enter this stipulation as its Order.

FILED
RICHARD D. SLETTEN, CLERK
AUG 0 2 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: July 26 2001.

LAW OFFICES OF HARRIS ZIMMERMAN

By: ______________________

Harris Zimmerman, Cal St. Bar No. 22653
Michael James Cronen, Cal. State Bar No. 131087
*Minn. Pro Hac Vice*
1330 Broadway, Suite 710
Oakland, CA 94612
Telephone: 510/465-0828
Fax: 510/465-0828

Local Minnesota Counsel:
Vytas M. Rimas, Esq.
Kinney & Lange, P.A.
312 South Third Street
Minneapolis, MN 55415-1002

***Attorneys for Plaintiff Richard Lopes.***

Dated: July 26 2001.

LINDQUIST & VENNUM P.L.L.P.

By: ______________________

David A. Allgeyer, #120422x
Mark R. Privratsky, #275104
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/371-3211
Fax: 612/371-3207

***Attorneys for Defendants R.C. Rubber Company and Jeff Waytashek.***

Dated: July 26, 2001.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By: ______________________________

Gerald E. Helget, Esq.
Stanley E. Siegel, Esq.
Mitchel C. Chargo, Esq., #237565
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612/340-7951
Fax: 612/340-7900

***Attorneys for Defendant Hardware Distributors, Ltd.***

SO ORDERED:

Dated: July 31st, 2001.

BY THE COURT:

______________________________

James M. Rosenbaum
United States District Court Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500