# United States Court of Appeals for the Federal Circuit

RECEIVED
BY MAIL
JUN 13 2003
CLERK US DIST COURT
MINNEAPOLIS MN

02-1146

RICHARD LOPES,

Plaintiff-Appellant,

v.

HARDWARE DISTRIBUTORS, LTD.,

Defendant-Appellee,

and

R.C. RUBBER COMPANY, and JEFF WAYTASHEK,

Defendants-Appellees.

## Judgment

ON APPEAL from the United States District Court for the Northern District of Minnesota

In CASE NO(S). 00-CV-1503

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED

ENTERED BY ORDER OF THE COURT

DATED APR 23 2003

Jan Horbaly, Clerk

ISSUED AS A MANDATE: JUNE 9, 2003

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: A. Tomlinson Date: 6/9/03

FILED 6-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

71